**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Mark T. Chuck                              CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 20-10389 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-5, U.S. Bank National Association, as Trustee and index same on the master mailing list.

Respectfully submitted,

/s/ Mark A. Cronin
Mark Cronin
06 Dec 2023, 12:33:00, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322