Certificate Number: 05781-PAE-DE-039362984

Bankruptcy Case Number: 20-10389



05781-PAE-DE-039362984

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 21, 2025, at 8:48 o'clock AM PST, Mark Chuck completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:    February 21, 2025                      By:      /s/Allison M Geving

Name:   Allison M Geving

Title:    President