United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                                    Case No. 20-10389-amc
Mark T. Chuck                                                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                      User: admin                      Page 1 of 2
Date Rcvd: Feb 24, 2025                Form ID: 138OBJ               Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^         Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mark T. Chuck, 337 Walnut Street, Royersford, PA 19468-2315 |
| 14838922 | + | Structured Asset Investment Loan Trust Mortgage, Pass Through Cert.Series 2005-5,, c/o Mark A. Cronin, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14474919 | + | Structured Asset Investment Loan Trust Mortgage Pa, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 25 2025 01:15:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 25 2025 01:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14466053 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 25 2025 01:15:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 14455405 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 25 2025 03:16:17 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14455406 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 25 2025 03:28:29 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14455407 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 25 2025 01:15:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14468859 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 25 2025 03:28:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14455408 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 25 2025 03:28:09 | Lvnv Funding Llc, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 14468323 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 25 2025 03:16:52 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14455409 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 25 2025 03:28:40 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14455410 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 25 2025 01:15:00 | Nationstar/mr Cooper, 350 Highland, Houston, TX 77009-6623 |
| 14483062 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 25 2025 01:15:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14838544 | ^ | MEBN | Feb 25 2025 00:46:52 | STRUCTURED ASSET INVESTMENT LOAN TRUST, C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 24, 2025 | Form ID: 138OBJ | Total Noticed: 18 |

| 14486635 | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | | |
|---|---|---|---|
| | | Feb 25 2025 04:29:39 | U.S. Bank National Association, as Trustee for, Structured Asset Investment Loan Trust M, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14487198 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | Feb 25 2025 01:15:00 | U.S. Bank National Association, PO Box 619096, Dallas TX 75261-9096 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2025        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION amps@manleydeas.com |
| ALYK L OFLAZIAN | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION amps@manleydeas.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-5, U.S. Bank National Association, as Trustee bkgroup@kmllawgroup.com |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARIBETH THOMAS | on behalf of Creditor PNC Bank N.A MTHOMAS@tuckerlaw.com ecotterill@tuckerlaw.com;mstafford@tuckerlaw.com |
| Stephen Franks | on behalf of Creditor STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-5, U.S. Bank National Association, as Trustee amps@manleydeas.com |
| TIMOTHY ZEARFOSS | on behalf of Debtor Mark T. Chuck tzearfoss@aol.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

*Form 138OBJ* (6/24)−doc 79 − 78

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
   Mark T. Chuck  )  Case No. 20−10389−amc  
  
   Debtor(s).  )  Chapter: 13  

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania  
900 Market Street  
Suite 400  
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: February 24, 2025

For The Court

Timothy B. McGrath  
Clerk of Court