United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                          Case No. 20-10389-amc
Mark T. Chuck                                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                    Page 1 of 2
Date Rcvd: May 22, 2025                    Form ID: 195                              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2025:**

**Recip ID          Recipient Name and Address**
db                    +  Mark T. Chuck, 337 Walnut Street, Royersford, PA 19468-2315

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2025                          Signature:              /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2025 at the address(es) listed below:**

**Name                          Email Address**
ADAM BRADLEY HALL
                              on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION amps@manleydeas.com

ALYK L OFLAZIAN
                              on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION amps@manleydeas.com

DENISE ELIZABETH CARLON
                              on behalf of Creditor STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH
                              CERTIFICATES  SERIES 2005-5, U.S. Bank National Association, as Trustee bkgroup@kmllawgroup.com

JACK K. MILLER
                              on behalf of Trustee WILLIAM C. MILLER  Esq. philaecf@gmail.com, ecfemails@ph13trustee.com

KENNETH E. WEST
                              ecfemails@ph13trustee.com  philaecf@gmail.com

MARIBETH THOMAS
                              on behalf of Creditor PNC Bank N.A MTHOMAS@tuckerlaw.com  ecotterill@tuckerlaw.com;mstafford@tuckerlaw.com

District/off: 0313-2                     User: admin                                Page 2 of 2
Date Rcvd: May 22, 2025                  Form ID: 195                          Total Noticed: 1

Stephen Franks

on behalf of Creditor STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH
CERTIFICATES  SERIES 2005-5, U.S. Bank National Association, as Trustee amps@manleydeas.com

TIMOTHY ZEARFOSS

on behalf of Debtor Mark T. Chuck tzearfoss@aol.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                            : Chapter 13


Mark T. Chuck                                          : Case No. 20−10389−amc
            Debtor(s)

***ORDER***

_____

        AND NOW, this day , May 21, 2025 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


        ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.



                                    By The Court


                                    Ashely M. Chan
                                    Chief Judge, United States Bankruptcy Court

Form 195